FILED

13 AUG -6 PM 3:17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 07CR0746-WQH |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT AND ORDER TO DISMISS |
| JOSE CARLOS GONZALEZ-MORENO, | ) INDICTMENT |
| Defendant. | ) |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant JOSE CARLOS GONZALEZ-MORENO, is dismissed without prejudice.

DATED: 8/6/13.

HONORABLE WILLIAM Q. HAYES
United States District Court